UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

United States Courts
Southern District of Texas
**FILED**

SEP 20 2018

David J. Bradley
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | CRIMINAL NUMBER: V-16-4-SSSS |
| RAUL BELTRAN, JR. § EDWARD BELTRAN § AKA LALO § ROLANDO GARCIA § AKA FLACO § | ~~SEALED~~ Unsealed 10/15/18 |

SECOND REDACTED
FOURTH SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Between on or about 2007, and on or about December 4, 2014, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

RAUL BELTRAN, JR.,
EDWARD BELTRAN AKA LALO, and
ROLANDO GARCIA AKA FLACO,

did knowingly and intentionally conspire and agree together, with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved more than one thousand (1,000) kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 21, United States Code, Section 853, the United States gives notice to the defendants,

RAUL BELTRAN, JR.,
and EDWARD BELTRAN AKA LALO,

that in the event of conviction of an offense in violation of Title 21, United States Code, Section 846, as charged in Count One of this indictment, the following is subject to forfeiture:

(1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and

(2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

**Property Subject to Forfeiture:**

The property subject to forfeiture includes, but is not limited to, the following:

The real property, including all improvements and appurtenances, located at 58 La Sagunada Rd., Rio Grande City, Texas 78582, and legally described as:

A TRACT OF LAND CONTAINING 1.553 ACRES OUT OF AND FORMING A PART OR PORTION OF PARCEL NO. 4 OF THE D.G. WOOD TRACT AN THE G. PHILLIP WARDNER, TRUSTEE, TRACT OR PORCION NO. 84, ANCIENT JURISDICTION OF CAMARGO, MEXICO, NOW STARR COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS;

AND

THE SURFACE AND THE SURFACE ONLY 8.45 OUT OF TEN (10) ACRES OF LAND, MORE OR LESS, OUT OF AND FORMING PART AND PORTION OF THE D.G. WOODS TRACT AND THE G. PHILIP WARDNER TRACT, OUT OF PORCION NO. EIGHTY-FOUR (84), ANCIENT JURISDICTION OF CAMARGO, NOW SITUATED IN STARR COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS, TO-WIT:

BEGINNING AT AN IRON ROD UNDER FENCE IN THE D.G. WOOD TRACT, FOR S.E. CORNER HEREOF, WHICH ROD AND CORNER ARE DISTANT S. 08* 09' 43"., 16,314.65

FEET FROM THE N.E. CORNER OF THE D.G. WOOD TRACT AND THE N.W. CORNER OF SHARE NO. 83 OF PORCION NO. 84 ANCIENT JURISDICTION OF CAMARGO, MEXICO, NOW STARR COUNTY, TEXAS;

THENCE ACROSS THE D.G. WOOD TRACT AND THE G. PHILIP WARDNER TRACT, N. 80* 45' W., 1948.3 FEET TO AN IRON ROD SET ON THE EAST R.O.W. EASEMENT OF LA SAGUNADA ROD, FOR S.W. CORNER HEREOF;

THENCE WITH THE EAST R.O.W. EASEMENT OF ROAD, N. 23* 49' 48" W., 257.57 FEET TO AN IRON ROD, FOR N.W. CORNER HEREOF;

THENCE S. 80* 45' E., 2089.14 FEET TO AN IRON ROD, FOR N.E. CORNER HEREOF; THENCE FOLLOWING FENCE, S. 09* 15' E., 215.79 FEET TO THE PLACE OF BEGINNING AND CONTAINING WITHIN THESE METES AND BOUNDS 10.0 ACRES OF LAND, MORE OR LESS.

In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendants in substitution up to the total value of the property subject to forfeiture. The United States may seek the imposition of a money judgment.

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: *[signature]*
PATTI HUBERT BOOTH
Assistant United States Attorney